# Exhibit 2

| Amount Currency | Amount USD | Description | End Customer | Exchange Rate | File Name | Invoice ID | Invoice Line Item ID | Invoice Date |
|---|---|---|---|---|---|---|---|---|
| 1.17 | 1.8 | Unallocated subscription usage | | 1.5362 | | 3919 | 570577 | 6/1/2012 |
| 8 | 8 | Unallocated subscription usage | | 1 | | 3925 | 574414 | 6/1/2012 |
| 3.57 | 5.48 | Unallocated subscription usage | | 1.5362 | | 3958 | 579338 | 6/1/2012 |
| 3.57 | 5.48 | Unallocated subscription usage | | 1.5362 | | 3958 | 579339 | 6/1/2012 |
| 3.57 | 5.48 | Unallocated subscription usage | | 1.5362 | | 3958 | 579340 | 6/1/2012 |
| 3.57 | 5.48 | Unallocated subscription usage | | 1.5362 | | 3958 | 579341 | 6/1/2012 |
| 3.57 | 5.48 | Unallocated subscription usage | | 1.5362 | | 3958 | 579342 | 6/1/2012 |
| 12 | 14.92 | Unallocated subscription usage | | 1.2434 | | 3966 | 580790 | 6/1/2012 |
| 12 | 14.92 | Unallocated subscription usage | | 1.2434 | | 3966 | 580791 | 6/1/2012 |
| 10 | 10 | Unallocated subscription usage | | 1 | | 3969 | 581167 | 6/1/2012 |
| 12 | 12 | Unallocated subscription usage | | 1 | | 3977 | 582923 | 6/1/2012 |
| 12 | 12 | Unallocated subscription usage | | 1 | | 3977 | 582925 | 6/1/2012 |
| 12 | 12 | Unallocated subscription usage | | 1 | | 3977 | 582927 | 6/1/2012 |
| 12 | 12 | Unallocated subscription usage | | 1 | | 3977 | 582930 | 6/1/2012 |
| 10 | 10 | Unallocated subscription usage | | 1 | | 4010 | 588405 | 6/1/2012 |
| 1.4 | 1.4 | Unallocated subscription usage | | 1 | | 4030 | 593858 | 6/1/2012 |
| 8 | 8 | Unallocated subscription usage | | 1 | | 4115 | 628736 | 7/1/2012 |
| 3 | 3 | Unallocated subscription usage | | 1 | | 4175 | 637682 | 7/1/2012 |
| 3 | 3 | Unallocated subscription usage | | 1 | | 4175 | 637978 | 7/1/2012 |
| 4.58 | 4.58 | Unallocated subscription usage | | 1 | | 4213 | 645485 | 7/1/2012 |
| 4.57 | 4.57 | Unallocated subscription usage | | 1 | | 4216 | 650964 | 7/1/2012 |
| 4.5 | 4.5 | Unallocated subscription usage | | 1 | | 4222 | 653415 | 7/1/2012 |
| 10 | 10 | Suri Cruise shows a wide range of expressions as ... | | 1 | | 4251 | 660499 | 7/1/2012 |
| 10 | 10 | Suri Cruise shows a wide range of expressions as ... | | 1 | | 4251 | 660500 | 7/1/2012 |
| 50 | 50 | Suri Cruise shows a wide range of expressions as ... | | 1 | | 4255 | 662428 | 7/1/2012 |
| 10 | 10 | Suri Cruise shows a wide range of expressions as ... | | 1 | | 4256 | 662479 | 7/1/2012 |
| 25 | 25 | Suri Cruise shows a wide range of expressions as ... | | 1 | | 4260 | 662817 | 7/1/2012 |
| 25 | 25 | Suri Cruise shows a wide range of expressions as ... | | 1 | | 4260 | 662820 | 7/1/2012 |
| 9 | 9 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC | mako | 1 | | 4105 | 670731 | 7/1/2012 |
| 9 | 9 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC | mako | 1 | | 4105 | 670732 | 7/1/2012 |
| 9 | 9 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC | maariv | 1 | | 4105 | 670829 | 7/1/2012 |
| 9 | 9 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC | maariv | 1 | | 4105 | 670830 | 7/1/2012 |
| 26.46 | 4.14 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC.   <P>   Pictured: Katie Holmes    <P>   <B>Ref: | guangdong pecfic internet information service co.ltd. | 0.1566 | | 4294 | 682799 | 7/27/2012 |
| 16.2 | 2.54 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC.  <P>  Pictured: Katie Holmes and Suri Cruise | ynet | 0.1566 | | 4294 | 682935 | 7/27/2012 |
| 180 | 5.99 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC | | 0.03329 | | 4303 | 685790 | 7/31/2012 |
| 200 | 200 | Unallocated subscription usage | | 1 | | 4422 | 722120 | 8/1/2012 |
| 10.42 | 10.42 | EDMIN | Milliyet | 1 | | 4455 | 724518 | 8/17/2012 |
| 180 | 6 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC | | 0.03332 | | 4469 | 729351 | 8/23/2012 |
| 90 | 3 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC | | 0.03332 | | 4469 | 729420 | 8/23/2012 |
| 180 | 6 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC | | 0.03332 | | 4469 | 730257 | 8/23/2012 |
| 18 | 18 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC | hot | 1 | | 4459 | 733887 | 8/24/2012 |
| 0.9 | 1.13 | | | 1.25495 | | 4478 | 736785 | 8/30/2012 |
| 21.6 | 3.41 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC. <P> Pictured: Katie Holmes and Suri Cruise | cri | 0.1578 | | 4479 | 742057 | 8/31/2012 |
| 26.46 | 4.18 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC.   <P>   Pictured: Katie Holmes    <P>   <B>Ref: | guangdong pecfic internet information service co.ltd. | 0.1578 | | 4479 | 743866 | 8/31/2012 |
| 28.7 | 37.08 | Katie Holmes and Suri Cruise | OK! | 1.29215 | | 4634 | 781541 | 9/14/2012 |
| 3.89 | 3.89 | Katie Holmes | GADU-GADU.PL | 1 | | 4649 | 786772 | 9/24/2012 |
| 120 | 4.1 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC | LIBERTY | 0.034125 | | 4646 | 788544 | 9/24/2012 |
| 20.52 | 3.24 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC. <P> Pictured: Suri Cruise  <P> <B>Ref: SPL40 | Splash | 0.15805 | | 4655 | 790628 | 9/24/2012 |
| 16.2 | 2.56 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC. <P> Pictured: Suri Cruise  <P> <B>Ref: SPL40 | Splash | 0.15805 | | 4655 | 790863 | 9/24/2012 |
| 16.2 | 2.56 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC. <P> Pictured: Katie Holmes and Suri Cruise | Splash | 0.15805 | | 4655 | 790864 | 9/24/2012 |
| 16.2 | 2.56 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC. <P> Pictured: Katie Holmes and Suri Cruise | Splash | 0.15805 | | 4655 | 790865 | 9/24/2012 |
| 54 | 8.53 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC.   <P>   Pictured: Katie Holmes    <P>   <B>Ref: | Splash | 0.15805 | | 4655 | 791971 | 9/24/2012 |
| 0.76 | 0.98 | Suri Cruise shows a wide range of expressions as s | HLN.BEINF | 1.29525 | | 4665 | 855822 | 10/15/2012 |
| 13.2 | 17.1 | KATIE HOLMES | HOLA S.L. | 1.29525 | | 4831 | 856956 | 10/15/2012 |
| 210 | 23.92 | Jackson Lee / Splash News | Grazia! | 0.1139 | | 4834 | 859499 | 10/16/2012 |
| 450 | 51.26 | Jackson Lee / Splash News | YOU, | 0.1139 | | 4834 | 859635 | 10/16/2012 |
| 900 | 102.51 | Jackson Lee / Splash News | HUISGENOOT, | 0.1139 | | 4834 | 859636 | 10/16/2012 |
| 240 | 41.63 | Katie Holmes and daughter | BT | 0.17345 | | 4818 | 860247 | 10/16/2012 |
| 240 | 41.63 | Katie Holmes and daughter | BT | 0.17345 | | 4818 | 860249 | 10/16/2012 |
| 240 | 8.22 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC | | 0.03423 | | 4841 | 862662 | 10/19/2012 |
| 148.75 | 148.75 | Suri Cruise shows a wide range of expressions as/42-35087506 | Elle Magazine | 1 | | 4854 | 867594 | 10/31/2012 |
| 27 | 4.3 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC.   <P>   Pictured: Katie Holmes    <P>   <B>Ref: | rayli | 0.15925 | | 5045 | 935209 | 11/29/2012 |
| 27.63 | 4.36 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC.  <P> Pictured: Katie Holmes and Suri Cruise | QJZK | 0.1577 | SPL409915_005.jpg | 5417 | 1073733 | 1/31/2013 |
| 12 | 15.56 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes | TVNET SIA | 1.29645 | SPL409915_240612 | 5734 | 1184763 | 3/15/2013 |
| 600 | 20.12 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC | | 0.033525 | SPL409915_004.jpg | 5754 | 1199509 | 3/28/2013 |
| 4.23 | 4.23 | | | 1 | SPL409915_004 | 5758 | 1215724 | 1/31/2013 |
| 4.23 | 4.23 | | | 1 | SPL409915_008 | 5758 | 1215725 | 1/31/2013 |
| 4.23 | 4.23 | | | 1 | SPL409915_004 | 5758 | 1215737 | 1/31/2013 |
| 4.23 | 4.23 | | | 1 | SPL409915_008 | 5758 | 1215738 | 1/31/2013 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12.38 | 15.87 | Suri Cruise shows a wide range of expressions as s | HLNINFA | 1.2816 | SPL409915 | 5904 | 1285776 | 3/31/2013 |
| 240 | 8.02 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC | | 0.03343 | SPL409915_004.jpg | 6463 | 1550522 | 7/22/2013 |
| 29.4 | 4.76 | Suri Cruise shows a wide range of expressions as she walks with Katie Holmes in NYC.  <P>  Pictured: Katie Holmes and Suri Cruise | ????shru | 0.161799207 | SPL409915_004.jpg | 6643 | 1630185 | 8/21/2013 |
| 16.36 | 22.08 | Katie Holmes and Suri Cruise | | 1.3495 | SPL409915_004 | 6830 | 1714239 | 9/26/2013 |
| 5.23 | 5.23 | | - | 1 | spl409915_001 | 9665 | 1861153 | 11/18/2013 |
| 6.53 | 6.53 | | - | 1 | spl409915_001 | 10199 | 1906424 | 11/26/2013 |
| -5.23 | -5.23 | | - | 1 | spl409915_001 | 10200 | 1907243 | 11/26/2013 |
| 50 | 50 | | | 1 | spl409915_004 | 18838 | 2297802 | 4/24/2014 |
| 5 | 5 | | | 1 | spl409915_001 | 19161 | 2312251 | 4/28/2014 |
| 7.27 | 7.27 | | | 1 | spl409915_001 | 19796 | 2352340 | 5/7/2014 |
| 7.27 | 7.27 | | | 1 | spl409915_001 | 19797 | 2352759 | 5/7/2014 |
| -5 | -5 | | | 1 | spl409915_001 | 19798 | 2353016 | 5/7/2014 |
| 10 | 10 | | | 1 | spl409915_004 | 20656 | 2390841 | 5/21/2014 |
| 100 | 100 | | | 1 | spl409915_004 | 22673 | 2506092 | 6/26/2014 |
| 3.37 | 3.37 | | rayli | 1 | spl409915_004 | 22822 | 2509830 | 6/27/2014 |
| 20 | 20 | | | 1 | spl409915_004 | 42810 | 3592581 | 8/4/2015 |
| 20.12 | 20.12 | | Viva! Mama wydanie specjalne nr 4/2015 | 1 | spl409915_001 | 50667 | 4075186 | 2/12/2016 |
| 5 | 5 | | | 1 | SPL409915_004 | 61120 | 4802656 | 12/27/2016 |
| 1 | 1 | | | 1 | SPL409915_004 | 63914 | 4960466 | 3/31/2017 |
| 200 | 200 | | | 1 | SPL409915_004 | 64138 | 4971067 | 4/10/2017 |
| 40 | 28.1 | | | 0.70239 | SPL409915_004 | 64272 | 4978298 | 4/21/2017 |
| 5.97 | 5.97 | | - | 1 | SPL409915_004 | 70044 | 5265331 | 11/20/2017 |
| 150 | 200.06 | | | 1.3337 | spl409915 | 70809 | 5282115 | 11/27/2017 |

5590.75