# EXHIBIT B


