# INGRAM
YUZEK · GAINEN · CARROLL · BERTOLOTTI · LLP

**Mioko C. Tajika**
_____

**Direct Dial:  (212) 907-9622**
**mtajika@ingramllp.com**

January 29, 2020

**VIA ECF**

Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:**  *Jackson Lee v. W Architecture and Landscape Architecture, LLC*,
> **Case No. 18-cv-05820 (PKC) (CLP)**

Dear Judge Chen:

On behalf of defendant W Architecture and Landscape Architecture, LLC, we write to advise the Court on the status of the parties' settlement agreement.

I am happy to report that the terms of the settlement agreement have been finalized, and currently, we are just waiting to collect all the signatures to the agreement.  Because we are not quite ready to file the stipulation of dismissal yet, however, we respectfully request the Court to extend the deadline for filing the stipulation from January 31, 2020 to and including **February 17, 2020**.  We hope and expect that the stipulation will be filed by then.

Respectfully,

s/ Mioko C. Tajika
Mioko C. Tajika

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

250 PARK AVENUE NEW YORK, NY 10177 • TEL 212.907.9600 • FAX 212.907.9681 • WWW.INGRAMLLP.COM • LEGAL NETLINK ALLIANCE WWW.LEGALNETLINK.NET

639728_1/01709-0007