UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEE,

                Plaintiff,

- against -

W ARCHITECTURE AND LANDSCAPE ARCHITECTURE, LLC,

                Defendant.

Case No. 18-cv-05820 (PKC) (CLP)

**STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Jackson Lee, and counsel for the Defendant, W Architecture and Landscape Architecture, LLC, that the parties have reached a settlement and that all claims asserted in the above-referenced action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs, expenses and attorney's fees.

_____
James H. Freeman
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
jf@liebowitzlawfirm.com

Dated: February 6, 2020

*Attorneys for Plaintiff*
*Jackson Lee*

_____
Mioko C. Tajika
Ingraham Yuzek Gainen Carroll & Bertolotti
150 East 42nd Street, 19th Floor
New York, New York 10017
Tel: 212-907-9600
mtajika@ingramllp.com

Dated: February 7, 2020

*Attorneys for Defendant W Architecture and*
*Landscape Architecture, LLC*